MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0193 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME BETWEEN |
| v. | ) | APRIL 17, 2012 AND APRIL 24, 2012 |
| | ) | FROM CALCULATIONS UNDER THE |
| MAHER WALID KHATIB, | ) | SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Maher Walid Khatib, represented by Shawn Halbert, Assistant Federal

Public Defender, and the government, represented by Cynthia Frey, Assistant United States

Attorney, appeared before this Court on April 17, 2012 for a status conference. The defendant

requested and the Court ordered a continuance to April 24, 2012 for a change of plea or status

conference.

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0193 WHA

The parties agreed that time be excluded under the Speedy Trial Act between April 17, 2012 and April 24, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).


SO STIPULATED:

        MELINDA HAAG
        United States Attorney


DATED: April 24, 2012                     /s/
        CYNTHIA M. FREY
        Assistant United States Attorney


DATED: April 24, 2012                     /s/
        SHAWN HALBERT
        Attorney for MAHER WALID KHATIB

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 17, 2012 and April 24, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 17, 2012 and April 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between April 17, 2012 and April 24, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: April 24, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE